# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

MARK LURTY,

        Plaintiff,

  v.

2001 TOWING & RECOVERY, INC.,
and GARRY FRANCIS,
individually,

        Defendants.

1:18-cv-06302-NLH-AMD

**ORDER**

---

For the reasons expressed in the Court's Opinion filed today,

IT IS on this __23rd__ day of __July__, 2019

ORDERED that Plaintiff's MOTION for Default Judgment as to Defendants 2001 Towing & Recovery, Inc., and Garry Francis, Individually [7] be, and the same hereby is, DENIED without prejudice. Plaintiff will have twenty days to submit a signed affidavit and may file a letter, along with the additional proofs, asking that the motion be reinstated for consideration in light of the expanded record.

                        __s/ Noel L. Hillman__

At Camden, New Jersey      NOEL L. HILLMAN, U.S.D.J.